FRANKLIN WITT, Jr., Appellant, v. SHERIFF, WASHOE COUNTY, NEVADA, Respondent.

No. 7649

December 20, 1974                    529 P.2d 208

*Thomas L. Belaustegui* and *James W. Johnson, Jr.,* of Reno, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E. Rose,* District Attorney, and *Michael E. Malloy,* Deputy District Attorney, Washoe County, for Respondent.

**OPINION**

*Per Curiam:*

In this appeal from an order denying a pretrial petition for habeas corpus, we believe evidence presented to the grand jury justified its indictment of appellant. NRS 172.155; Callanan

v. United States, 364 U.S. 587 (1961); McWilliams v. State, 87 Nev. 302, 486 P.2d 481 (1971).

"[W]e are not now concerned with the prospect that the evidence presently in the record may, by itself, be insufficient to sustain a conviction." McDonald v. Sheriff, 89 Nev. 326, 327, 512 P.2d 774, 775 (1973).

The order denying habeas relief is affirmed.